UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 24-0456-TJH | Date | AUGUST 5, 2024 |
|---|---|---|---|

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE**

Interpreter  N/A

| YOLANDA SKIPPER | MARIA BUSTILLOS | BRETT SAGLE |
|---|---|---|
| *Deputy Clerk* | *Court Recorder/Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **ANDREW LEFT** | ✗ |  | ✗ | **JAMES W. SPERTUS** | ✗ |  | ✗ |
|  |  |  |  | **LINDSEY HAY** | ✗ |  | ✗ |

**Proceedings:**  STATUS CONFERENCE

The case is called and counsel state their appearance. The Court and counsel confer. Status conference is held.

Waiver of presence of defendant is on file and defendant is present via phone. Following discussions with counsel, the Court advises counsel that the Jury Trial date is set for September 24, 2024 at 10:00 a.m. Counsel will meet and confer as to discovery and a new trial date if needed.

Government counsel will prepare a Proposed Stipulation and Order re Findings of Excludable Time pursuant to the Speedy Trial Act.

IT IS SO ORDERED.

CC: USPO , PTS

___ : 08

| CR0-11 | CRIMINAL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|