**SPERTUS, LANDES & JOSEPHS, LLP**
JAMES W. SPERTUS (Cal Bar No. 159825)
jspertus@spertuslaw.com
LINDSEY HAY (Cal Bar No. 311463)
lhay@spertuslaw.com
MARIO HOANG NGUYEN (Cal Bar No. 355543)
mnguyen@spertuslaw.com
1990 South Bundy Drive, Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW LEFT,<br><br>                Defendant. | Case No. 2:24-cr-00456-TJH<br><br>**DEFENDANT'S NOTICE AND MOTION TO DISMISS**<br><br>Date:    March 17, 2025<br>Time:   10:00 a.m.<br>Ctrm:   9C<br>Judge:  Hon. Terry J. Hatter, Jr. |
|---|---|

To this Honorable Court, all parties, and their attorneys of record:

    Please take notice that on March 17, 2025, at 10:00 a.m., or as soon after as the matter may be heard, in Courtroom 9C of the above-captioned Court, located at 350 West 1st Street, Los Angeles, CA 90012, Defendant Andrew Left moves to dismiss the Indictment filed on July 25, 2024, ECF No. 1, pursuant to Federal Rules of Criminal Procedure 7, 8, 12, and 18 (the "Motion").

    The Motion is based on this Notice, the attached Memorandum of Points and Authorities, and any other evidence or argument that the Court may consider at the hearing on this motion. For the reasons in the attached Memorandum of Points and Authorities, Mr. Left respectfully requests that the Court dismiss the Indictment.

1  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 16, 2024.

Dated: January 27, 2025

Respectfully submitted,

SPERTUS, LANDES & JOSEPHS, LLP

By: /s/ James W. Spertus
James W. Spertus
Lindsey Hay
Mario Hoang Nguyen

*Attorneys for Defendant Andrew Left*