JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate & Securities Fraud Strike Force
ALEXANDER B. SCHWAB
Assistant United States Attorney
Deputy Chief, Corporate & Securities Fraud Strike Force
LAUREN ARCHER
MATTHEW REILLY
Trial Attorneys
Department of Justice, Criminal Division, Fraud Section
    United States Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3561
    E-mail:   brett.sagel@usdoj.gov
                alexander.schwab@usdoj.gov
                lauren.archer@usdoj.gov
                matthew.reilly2@usdoj.gov

UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-000456-TJH |
|---|---|
| v. | STIPULATION AND PROPOSED SCHEDULING ORDER |
| ANDREW LEFT, | |
| Defendant. | |

    The United States of America, by and through counsel of record, and Defendant Andrew Left, by and through his counsel of record, hereby stipulate that:

  1. On September 4, 2024, this Court issued a Trial Setting Order. (ECF No. 1.) The order stated that: "All motions under Rule 12 of the Federal Rules of Criminal Procedure shall be filed no later than January 27, 2025; oppositions shall be filed three weeks after any Rule 12 motion is filed; an optional reply brief

1     may be filed two weeks after an opposition, and the Rule 12
2     motion, if filed, shall be noticed for a hearing at least seven
3     weeks after the date it is filed, or a following date convenient
4     for the Court." Id. ¶3a.
5  2. On January 27, 2025, defendant timely filed a motion to dismiss
6     the indictment and, consistent with the scheduling order,
7     noticed the hearing for the motion to dismiss on March 17, 2025.
8     (ECF No. 34.)
9  3. However, counsel for the United States, specifically counsel
10    from the U.S. Department of Justice Criminal Division's Fraud
11    Section, are unable to travel from Washington, D.C. to Los
12    Angeles for the hearing on that date.
13 4. The parties have conferred and are available on the next
14    criminal hearing date: March 24, 2025.
15 5. In order to accommodate the appearance of all counsel for the
16    government on this dispositive motion, the government
17    respectfully requests that the Court adjourn the hearing to
18    March 24, 2025.
19    //
20    //
21    //
22    //
23    //
24    //
25    //
26    //
27    //
28    //

6. Counsel for defendant does not object to continuing the hearing on the motion to dismiss to March 24, 2025.

IT IS SO STIPULATED.

DATE:  February 18, 2025

Respectfully submitted,

| | |
|---|---|
| JOSEPH T. MCNALLY<br>Acting United States Attorney<br>Central District of California | GLENN S. LEON<br>Chief<br>Fraud Section, Criminal Division<br>U.S. Department of Justice |
| */s Brett Sagel*<br>BRETT A. SAGEL<br>ALEXANDER B. SCHWAB<br>Assistant United States Attorneys<br>Central District of California<br>714-338-3598<br>BSagel@usa.doj.gov | */s Matt Reilly*<br>LAUREN ARCHER<br>MATTHEW REILLY<br>Trial Attorneys<br>Criminal Division, Fraud Section<br>U.S. Department of Justice<br>202-320-8523<br>matthew.reilly2@usdoj.gov |

*/s Jim Spertus* (with permission)
JAMES W. SPERTUS
MARIO HOANG NGUYEN
LINDSEY HAY
SPERTUS, LANDES & JOSEPHS, LLP
*Counsel for Defendant Left*

3