UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.  CR 24-00456-TJH                                                         Date: July 7, 2025

Present: The Honorable: TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

Interpreter

| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |
|---|---|---|
| V.R. Vallery | Not Present | Matthew S. Reilly<br>Alexander B. Schwab<br>Not Present |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Andrew Left | NOT | | X | Aaron Katz | NOT | | X |
| | | | | Eric Rosen | NOT | | X |
| | | | | Yusef Al-Jarani | NOT | | X |

**Proceedings:** (IN CHAMBERS) DEFENDANT'S MOTION TO DISMISS [34]

The Court hereby denies Defendant's Motion to Dismiss.

Initials of Deputy Clerk  VRV