# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW LEFT, <br><br> Defendant. | CV 24-00456 TJH <br><br><br> Order |

    The Court has considered Defendant Andrew Left's motion to dismiss for selective prosecution [dkt. #s 60 and 84], motion to strike surplusage [dkt. #s 61 and 88], motion for a Bill of Particulars [dkt. #s 62 and 92], and motion to compel production of discovery [dkt. #s 69 and 96], together with the moving and opposing papers and the arguments heard on December 8, 2025.

    After the arguments were heard, the Court suggested that the parties meet and confer in an attempt to resolve any of the pending motions. As to the motion for a Bill of Particulars, per the joint status report filed on December 22, 2025, the Government agreed to identify Defendant's statements and trading around PTE, NVAX, and LK (Counts 5, 14, and 15). The parties were unable to resolve any other motions or issues.

Based on the briefs and arguments,

It is Ordered that the motion to dismiss for selective prosecution be, and hereby is, Denied.

It is further Ordered that the motion to strike surplusage be, and hereby is, Denied. It is the Court's practice to give an edited trial indictment to the jury to aid their deliberations. The parties shall endeavor to prepare a proposed joint trial indictment in advance of trial.

It is further Ordered that the motion for a Bill of Particulars be, and hereby is, Denied in part. Per the joint status report, the Government shall identify Defendant's statements and trading around PTE, NVAX, and LK (Counts 5, 14, and 15).

It is further Ordered that the motion to compel production of discovery be, and hereby is, Denied.

Date: December 29, 2025

_____
Terry J. Hatter, Jr.
Senior United States District Judge