# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW LEFT,<br><br>Defendant. | Case No. 2:24-cr-00456-VAP<br><br>**DECLARATION OF ERIC S. ROSEN IN SUPPORT OF DEFENDANT'S MOTION FOR DEFENSE-WITNESS IMMUNITY**<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL.** |

I, Eric S. Rosen, state and declare as follows:

1.      I am an attorney licensed to practice law in the States of New York and Massachusetts. I am a partner at the law firm Dynamis LLP, counsel for Defendant in the above captioned proceeding. I make this declaration in support of Defendant's Motion For Defense-Witness Immunity based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto.

2.      The parties communicated about the substance and potential resolution of the filed motion but were unable to reach agreement.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ dated ▇▇▇▇▇▇▇ .

4.      Attached hereto as **Exhibit B** is a true and correct copy of the ▇▇ ▇▇▇▇▇ of ▇▇▇▇ from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , dated ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , and ▇▇▇▇▇▇ .

5.      Attached hereto as **Exhibit C** is a true and correct copy of an ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ , dated ▇▇▇ ▇▇▇▇ .

6.    Attached hereto as **Exhibit D** ███████████████████████
███████████████████████████████████████████████████████████.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the Transcript of Proceedings in *United States v. Nicholas et. al.*, No. SACR 08-139-CJC (C.D. Cal. Dec. 15, 2009).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of March, 2026 at Boston, Massachusetts.

*/s/ Eric S. Rosen*
Eric S. Rosen

- 2 -