UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LEFT,<br><br>Defendant. | Case No. 2:24-cr-00456-VAP<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION TO FILE UNDER SEAL DEFENDANT'S RESPONSES IN OPPOSITION TO GOVERNMENT'S MOTIONS *IN LIMINE* NOS. 2 AND 4, DECLARATIONS IN SUPPORT, AND EXHIBITS THERETO [257]** |

Pending before the Court is Defendant Andrew Left's unopposed *Ex Parte* Application to file under seal the contents of: (i) the text highlighted in Defendant's Responses in Opposition to the Government's Motions *in Limine* Nos. 2 and 4, and Declarations of Eric S. Rosen in support thereof, filed on April 3, 2026, and (ii) the entirety of the following Exhibits thereto:

| Title of Document | Exhibits to Be Filed Under Seal |
|---|---|
| Andrew Left's Response in Opposition To the Government's Motion *In Limine* To Exclude Evidence of Advice of Counsel | Exs. A–G |
| Andrew Left's Response in Opposition To the Government's Motion *In Limine* To Exclude Impermissible Cross-Examination | Exs. F, G |

Upon considering the materials submitted by Defendant, and good cause appearing therefore, the Court hereby GRANTS the application. The foregoing contents shall be filed under seal.

IT IS SO ORDERED.

Dated: April 6, 2026

HON. VIRGINIA A. PHILLIPS
United States District Judge

1