# EXHIBIT 1

| Stock | Tweets in Indictment | Result |
|---|---|---|
| AAL | "$AAL Back to $10 Robinhood traders have 0 idea what they [sic] buying. Balance sheet is upside down. Unencumbered assets worth far less than current price. The reason why Buffett fully exited lower. They don't teach finance in the Sherwood Forest." | **Correct**: Stock had nearly doubled over the course of a few days (prompting the tweet), but fell back to $10 as predicted. **Dates of Analysis**: April 1, 2020 to July 31, 2020 |
| BYND | "$BYND has become Beyond Stupid. Most heavily traded retail stock on Robinhood, market cap now bigger than industry, and superior competitor coming to market soon. We expect $BYND to go back to $65 on earnings On retail exhaustion. [Look]" | **Correct**: BYND became a meme stock trading at $1.22. **Dates of Analysis**: IPO up through end of 2023. |
| CRON | "$CRON tgt price $3.5. Everything that is contaminated about the Cannabis space. ALL HYPE with possible securities fraud | **Correct**: The SEC later charged Cronos with fraud. Stock trading in $2-$2.50 range. **Dates of Analysis**: Aug 1, 2018 through end of 2023 |
| FB | "$FB Backing up the sleigh. $160 tgt. Citron presents the only information that counts on $FB looking past the rhetoric. Would you rather have your kids addicted to Nicotine or Instagram? Wall St answer will amaze you[.]" | **Correct**: FB quickly hit $165, hit $200 in 2019, now at $625. **Dates of Analysis**: June 30, 2017 to Sept. 7, 2021. |
| GE | "Markopolos report on $GE was the worst that activist short selling has to offer. Aggressive accounting is not fraud. Disingenuous all the way through . . . . Citron took the opportunity to buy stock as well." | **Correct**: Citron *did* buy stock and Markopolos' report *has* been widely criticized as inaccurate. **Dates of Analysis**: Jan. 1, 2019 to end of 2021. |
| LK | "Citron long $LK. We also rec. this report but all data from Biz Con China and App download and calls with competitors confirm financials. $LK biz is on fire in China. Citron has respect for Muddy, but this anon. report will fall short on accuracy. Expect LK management response." | **Wrong**: LK had accounting issues. Left lost money on his position in Luckin Coffee. **Dates of Analysis**: 01/01/2020 to 06/30/2023 |
| NXTTF | "Citron proves without a doubt the fraud being committed at Namaste Tech $n $nxttf. This $700 mil company will be a 0 one regulators and accountants read. https://t.co/c7c2uphNzM" | **Correct**: Namaste was massive fraud. Now trading close to $0. |

*United States v. Andrew Left*
*Meeting – 11/13/25*

| | | | |
|---|---|---|---|
| | | | **Dates of Analysis**: June 1, 2018 to end of 2021. |
| **NVAX** | "As much as Citron wants a vaccine, $NVAX is a serial promise with no delivery on any virus. Insiders sold most holdings 85% lower last year. Balance sheet is upside down, and funds are needed for NanoFlu. Expect a secondary offering soon and the stock to drop back to $15. Retail Mania." | | **Correct**: Secondary offering was shortly after tweet; stock now trading at $7.12. **Dates of Analysis**: Jan 1, 2020 to Jan 1, 2023 |
| **NVDA** | "Citron buys $NVDA. This is the first time in 2 years stock offers an appealing risk-reward to investors. $NVDA still a player in AI and Data..will eat through inventory issue. We see $165 before we see 120. Anyone remember this interview? MUST WATCH https://t.co/azGG9yyWLE" | | **Correct**: Stock hit $165 within days of tweet; stock up 50x since tweet. **Dates of Analysis**: 1/1/2018 to end of 2025. |
| **IGC** | "$IGC. If you are able to short, it is a gift. No product. All hype. Raised Money 2 weeks ago at $1.15 Finger traders will get burned. This hype stock is the poster child of a cannabis bubble. Always cautious but nothing but air. Could write pages about this scheme" | | **Correct**: SEC suspended trading in IGC, stock now effectively worthless. **Dates of Analysis**: Jan. 1, 2018 to March 31, 2020. |
| **NVTA** | Investor Letter and Tweet: "While Invitae was a contributor to fund performance during 1H 2019, we continue to add to our position at current levels" and "we see Invitae as the clear winner within the mega trend of the genetic testing market and expect the stock to trade to $100 in the next 24 months." "Citron will continue to stay long until the stock hits at least $65 as we believe it is on its way to $100." | | **Correct**: Left was long NVTA until April 2022 (nearly three years after tweet) and stock eventually traded up to $60. **Dates of Analysis:** March 1, 2019 through end of 2021. |
| **PLTR** | "What a run the past month for all. But as traders looking for short exposure, $PLTR is no longer a stock but a full casino. Does not take a ball of crystal to know this will fall back to Arda [sic]. Shorting with a $20 2020 target" | | **Correct**: Stock hit $21 five days after tweet. **Dates of Analysis**: Through end of 2020. |
| **PTE** | "Citron Research published a detailed report raising serious concerns about PolarityTE's disclosures related to its patent application and capital-raising practices. Target: $2" | | **Correct**: Stock essentially worthless. **Dates of Analysis**: June 30, 2018 to Feb 28, 2021 |
| **ROKU** | "Have to recognize when the story has changed. Apple teaming up with Samsung, ROKU CEO selling last week, and short interest at lows. Risk/reward no longer there. Expect a big retracement. ROKU stock is uninvestable now" | | **Wrong**: However, tweet was based on recent announcements and low short interest. |

| | | | **Dates of Analysis**: Jan. 1, 2018 to Mar. 26, 2021. |
|---|---|---|---|
| **TSLA** | "$TSLA dropping earnings on top of $F tomorrow might be a bad sign for shorts. After reviewing all recent info on $TSLA dominating its categories, Citron is LONG Telsa for this quarter" | | **Correct**: Stock skyrocketed on earnings in next two days. **Dates of Analysis**: Jan. 1, 2018 to Jul. 21, 2021. |
| **TWTR** | "$TWTR has become Harvey Weinstein of social media. Price tgt $20 Amnesty Intl study cannot be ignored by Wall St or Madison Ave. $TWTR will be forced to clean up the site and will have a fast impact on MAU[.]" | | **Correct**: Stock declined to $21 shortly therafter. **Dates of Analysis**: Jan 1 2018 to March 30, 2020. |
| **XL** | "Citron long $XL tgt $60" | | **Wrong**: However, price target backed by statements by company CEO who later committed fraud. **Dates of Analysis**: Dec. 1, 2020 to Feb 28, 2021. |
| **CHGG** | 3/22/2019: $CHGG is the poster child for institutionalized academic cheating. Tgt $25 Cannot be disputed, cheating now matters $CHGG activities illegal in 17 states. If Chegg turns over the customer list, the stock could be a 0. [Citron Research link] | | **Dates of Analysis:** Jan. 1, 2019 to present. |
| **MCK** | 9/27/2019: $MCK as a public nuisance. The whole story has changed. Citron is proud to present to changing status of the opioid lawsuit and why $MCK will trade down to $80 [Citron Research link] | | **Dates of Analysis**: April 20, 2019 to March 30, 2020 |
| **LOPE** | 1/28/2020: the Enron of Education? We present detailed evidence through a 870 page FOIA request that $LOPE is illegally putting expenses in a captive subsidiary to inflate their financials. Our findings nwere confirmed by the DOE and the SEC cannot ignore. [Citron Research link] | | **Dates of Analysis:** Aug. 22, 2019 to Mar. 22, 2020 |
| **FLT** | 6/6/2019: Citron exposes one of the largest Clean Energy Frauds in the history of the United States. $FLT has fraudulently sold well over $100 mil in phony carbon offsets. Aggressive has turned illegal. There is no way this avoids enforcement | | **Dates of Analysis**: Dec. 15. 2018 to April 1, 2020. |

*United States v. Andrew Left*
*Meeting – 11/13/25*