**DYNAMIS LLP**

ERIC S. ROSEN (*pro hac vice*)
erosen@dynamisllp.com
MICHAEL B. HOMER (*pro hac vice*)
mhomer@dynamisllp.com
EMILY J. SCARISBRICK (*pro hac vice*)
escarisbrick@dynamisllp.com
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(617) 802-9157

YUSEF AL-JARANI (Cal. Bar No. 351575)
yaljarani@dynamisllp.com
1100 Glendon Ave., 17ᵗʰ Floor
Los Angeles, California 90024
(213) 283-0685

**AARON KATZ LAW LLC**

AARON KATZ (*pro hac vice*)
akatz@aaronkatzlaw.com
399 Boylston Street, 6ᵗʰ Floor
Boston, MA 02116
(617) 915-6305

**WEIL, GOTSHAL & MANGES LLP**

ADAM FEE (Cal. Bar No. 345075)
adamfee@weil.com
1999 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
(213) 667-5100

*Attorneys for Defendant Andrew Left*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW LEFT,<br><br>      Defendant. | Case No. 2:24-cr-00456-VAP<br><br>**DEFENDANT'S PROPOSED STATEMENT OF THE CASE**<br><br>Trial Date:  May 11, 2026<br>Time:        8:00 a.m.<br>Ctrm:        580<br>Judge:       Hon. Virginia A. Phillips |

Defendant Andrew Left, by and through counsel of record, hereby files his Proposed Statement of the Case. The parties communicated in good faith in an effort to reach agreement on a joint proposed statement of the case but were unable to do so and therefore agreed to submit separate proposed statements. Defendant respectfully submits that his Proposed Statement of the Case should be adopted.

Dated: May 1, 2026

Respectfully submitted,

DYNAMIS LLP

*/s/ Eric S. Rosen*
Eric S. Rosen (*pro hac vice*)
Michael B. Homer (*pro hac vice*)
Yusef Al-Jarani
Emily J. Scarisbrick (*pro hac vice*)
Aaron Katz (*pro hac vice*)
Adam Fee

*Attorneys for Defendant Andrew Left*

- i -
2:24-CR-00456-VAP
DEFENDANT'S PROPOSED STATEMENT OF THE CASE

Ladies and gentlemen, you are here as potential jurors in a federal criminal case. Before we begin the jury selection process, I will give you a brief description of what this case is about. Please remember that what I tell you now is not evidence. It is simply meant to help you understand the case as we proceed with jury selection.

The defendant in this case is Andrew Left. Mr. Left is the founder of Citron Research, a financial commentary platform that has published investment research and analysis about publicly traded companies for approximately twenty years. Through Citron Research, Mr. Left published reports and social media posts sharing his opinions and analysis about various publicly traded stocks.

The government has charged Mr. Left with securities fraud. Specifically, the government alleges that between approximately 2018 and 2020, Mr. Left published reports and commentary about certain publicly traded companies while also trading in the securities of those companies, and that in doing so he made statements that were materially false or misleading.

Mr. Left has pleaded not guilty to all charges and denies that he committed any crime. He contends that his published research and commentary were truthful and that his trading was lawful. He also contends that he received the advice of skilled counsel and acted in good faith in making honest public commentary, and that no law or rule required him to hold his positions for any particular period of time or disclose his trading intentions on Twitter or in his reports before publishing his views.

An indictment is not evidence of guilt. The defendant is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt.

2:24-CR-00456-VAP
DEFENDANT'S PROPOSED STATEMENT OF THE CASE