TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Acting Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
LORINDA I. LARYEA
Chief, Fraud Section
MATTHEW REILLY
Acting Assistant Chief
Criminal Division, Fraud Section
        1200/1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-1259/2274
        E-mail:  alexander.schwab@usdoj.gov
                 benedetto.balding@usdoj.gov
                 andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00456-VAP |
|---|---|
| Plaintiff, | Government Statement of the Case |
| v. | Trial Date: May 11, 2026 |
| ANDREW LEFT, | |
| Defendant. | |

The United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, the Chief of the Fraud Section of the Criminal Division of the U.S. Department of Justice, Assistant United States Attorneys Alexander B. Schwab, Benedetto Balding, and Andrew Roach and Acting Assistant Chief Matthew Reilly, hereby files its

i

statement of the case.  The parties were unable to agree on joint statement of the case after a good faith effort to meet and confer. Accordingly, the government submits its proposed statement that it asks this Court to adopt and deliver to the jury at the onset of trial.

Dated: May 1, 2026                    Respectfully submitted,

                                      TODD BLANCHE
                                      Acting Attorney General

                                      BILAL A. ESSAYLI
                                      First Assistant
                                      United States Attorney

                                      LORINDA I. LARYEA
                                      Chief, Fraud Section
                                      Criminal Division

                                          /s/
                                      BENEDETTO L. BALDING
                                      ANDREW M. ROACH
                                      MATTHEW REILLY

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

## **Government's Statement of the Case**

The government has charged the defendant, Andrew Left, with securities fraud for allegedly engaging in a market manipulation scheme and making false and misleading statements related to a number of stocks.

The government has alleged that between 2018 and 2023, defendant ran a stock commentary site called Citron Research.  In connection with Citron, the government alleges that defendant published reports, issued tweets, and made cable television appearances concerning publicly traded companies and their stocks.  The government alleges that defendant engaged in a scheme whereby he would build a position in a stock, make deceptive and misleading public statements about that stock with the intent to move the stock price, and then promptly close out his own position in the ensuing market reaction in violation of federal securities laws.  The government has also charged defendant with making false and misleading statements about his relationship with hedge funds that the government alleges provided trading-based compensation to him and that he coordinated with.

Defendant has pleaded not guilty and denies these charges.

This case relates to a number of securities, or stocks, including the following: American Airlines Group Inc. ("AAL"); Beyond Meat Inc. ("BYND"); Chegg, Inc ("CHGG"); Cronos Group Inc. ("CRON"); Facebook Inc. ("FB"); Fleetcor Technologies, Inc. ("FLT") now known as Corpay; General Electric Company ("GE"); Grand Canyon Education, Inc. ("LOPE"); Luckin Coffee Inc. ("LK"); McKesson Corporation ("MCK"); Namaste Technologies Inc. ("NXTTF"); Novavax Inc. ("NVAX"); Nvidia Corp. ("NVDA"); India Globalization Capital Inc. ("IGC");

1

Invitae Corp. ("NVTA"); Palantir Technologies Inc. ("PLTR"); PolarityTE Inc. ("PTE"); Roku Inc.("ROKU"); Tesla Inc. ("TSLA") Twitter Inc. ("TWTR"); and XL Fleet Corp. ("XL").