**DYNAMIS LLP**

ERIC S. ROSEN (*pro hac vice*)
erosen@dynamisllp.com
MICHAEL B. HOMER (*pro hac vice*)
mhomer@dynamisllp.com
EMILY J. SCARISBRICK (*pro hac vice*)
escarisbrick@dynamisllp.com
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(617) 802-9157

YUSEF AL-JARANI (Cal. Bar No. 351575)
yaljarani@dynamisllp.com
1100 Glendon Ave., 17th Floor
Los Angeles, California 90024
(213) 283-0685

*Attorneys for Andrew Left*

**AARON KATZ LAW LLC**

AARON KATZ (*pro hac vice*)
akatz@aaronkatzlaw.com
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305

**WEIL, GOTSHAL & MANGES LLP**

ADAM FEE (Cal. Bar No. 345075)
adamfee@weil.com
BEN NICHOLSON (Cal Bar No. 317970)
ben.nicholson@weil.com
1999 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
(213) 667-5100

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW LEFT,<br><br>Defendant. | Case No. 2:24-cr-00456-VAP<br><br>**ANDREW LEFT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE MOTION IN LIMINE TO EXCLUDE INADMISSIBLE TESTIMONY AND ARGUMENT AND FOR EXPEDITED BRIEFING**<br><br>Trial Date:  May 11, 2026<br>Time:          8:00 a.m.<br>Ctrm:          580<br>Judge:         Hon. Virginia A. Phillips |

TO THEIR PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Andrew Left applies for permission to file a motion in limine to exclude inadmissible testimony and argument, and for expedited briefing. This application is based on this Notice of Application and Application, the incorporated Memorandum of Points and Authorities, the Declaration of Yusef Al-Jarani submitted herewith, and any other evidence or argument that the Court may consider. For the reasons in the accompanying Memorandum of Points and Authorities, Mr. Left respectfully requests that the Court grant this Application.

Dated: May 1, 2026

Respectfully submitted,

DYNAMIS LLP

*/s/ Eric S. Rosen*
Eric S. Rosen (*pro hac vice*)
Michael B. Homer (*pro hac vice*)
Yusef Al-Jarani
Emily J. Scarisbrick (*pro hac vice*)

AARON KATZ LAW LLC
Aaron Katz (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
Adam Fee
Ben Nicholson

*Attorneys for Andrew Left*

- 1 -

## MEMORNDUM OF POINTS AND AUTHORITIES

Andrew Left respectfully applies to this Court for an Order permitting him to file this Motion in Limine, which became ripe only after the deadline to file motions in limine had passed.

The deadline to file motions in limine was March 23, 2026. Dkt. 182 at 2. Mr. Left received the government's preliminary witness list on April 24, 2026. Al-Jarani Decl. ¶ 3. Interview memoranda produced by the government after March 23, 2026 suggests that the government intended to elicit inadmissible testimony from some of the witnesses on its witness list. *Id.* ¶ 4. On April 29, counsel for Mr. Left asked the government whether it intended to elicit the testimony that is the subject of this motion. *Id.* ¶ 5. On April 30, the government indicated it did. *Id.* ¶ 6. So, a day after receiving the government's confirmation, we submit this application seeking leave to move in limine to exclude the inadmissible testimony and argument. The government informed counsel for Mr. Left that it opposes Mr. Left filing this Motion after the deadline to do so had passed.

There is good cause to hear this Motion after the deadline to file motions in limine passed because the issues briefed herein were not ripe until now. There is also good cause to hear this Motion now to ensure the efficient administration of trial. By resolving these threshold issues before trial starting, the trial could be streamlined by obviating the need to call and inconvenience certain witnesses, or at least narrow the testimony that they will offer. Further, it will avoid the danger of intruding on jurors' time during trial with evidentiary disputes that can be resolved now.

Accordingly, Mr. Left respectfully requests permission to file this Motion in Limine. Given the proximity to the final pre-trial conference on May 7, 2026, and trial on May 11, 2026, Mr. Left further requests that the Court order expedited briefing on

- 2 -
2:24-CR-00456-VAP
LEFT'S EX PARTE APPLICATION FOR LEAVE TO FILE MOTION IN LIMINE

the Motion, with any Opposition by the government due on May 5, 2026, and any Reply by the defense due on May 6, 2026.

Dated: May 1, 2026

Respectfully submitted,

DYNAMIS LLP

*/s/ Eric S. Rosen*
Eric S. Rosen (*pro hac vice*)
Michael B. Homer (*pro hac vice*)
Yusef Al-Jarani
Emily J. Scarisbrick (*pro hac vice*)

AARON KATZ LAW LLC
Aaron Katz (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
Adam Fee
Ben Nicholson

*Attorneys for Andrew Left*

- 3 -

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify, as counsel for Andrew Left, that this memorandum of points and authorities contains 348 words, which complies with the word limit of L.R. 11-6.1.

Dated: May 1, 2026

*s/ Yusef Al-Jarani*
Yusef Al-Jarani