# Exhibit E

Billy Banks 4/28/26 via teams 6:11 pm

Andrew Roach, USAO DOJ
Kristin Walunas, USPIS

Billy Banks

Andrew Roach explained the status of the case and discussed logistics.  Roach explained this is voluntary, Billy Banks (Banks) is free to have an attorney, and the conversation is not being recorded.  A prior interview with Banks was conducted on February 3, 2026. This document only contains new information provided by Banks.

Banks recalls Andrew Left (Left) would bash a stock with the intention of driving the cost of the stock down.  Left used social media and ways to get the word out, different tactics were used.  Banks learned this by research and word of mouth.  Banks was following Left and seeing the companies he attacked.

Banks was investing at the time but liquidated everything because of the situation. Banks would choose products he liked to invest in, things that interested him.  Banks would research the company, see their earnings and the trends with the company.  He would conduct this research on the internet.  Banks watched stock shows, but they didn't always talk about his stocks.  He would go straight to the company and read their disclosures and read yahoo message boards to see what other people thought of the stock.  He mostly watched trends.  With Namaste the word on the street was the government was trying to legalize marijuana and if they did the stock would do well.  That was what he thought and why he invested.

Left's goal was to drive down stock price any way he could.

Banks recalls Left was attacking the president of Namaste and the overall earnings of the company.  Left's comments were never positive.

After Left posted those comments Banks held his position, he was confident in the company.  He thought the products were being shown in a more positive light.
He bought in at $2 or $3 and it dwindled down to pretty much nothing.  He believes this happened within a year or year and a half.   It was a constant attack.

DOJ-SPROD-0000045827

Banks did not know Left was working with hedge funds, he didn't learn that.  Banks wrote his investment off as a loss.  These guys work in teams, a group gets on message boards and preach the same attack lines to drive down stock price.

Banks learned about that after the investment went down.  If Banks knew left was working with those types of people it would have influenced his investment.  He wouldn't have invested. Theres no way to get around it.  Once they attack a company it's inevitable the stock will take a loss.  Banks would have had to get out of the position. A small time investor can't take a loss like that.

Banks recalls on message boards there was a common thread and terminology that was used when posters were attacking stock.  They put things out to change people's minds, and not in a positive manner.

Left was attacking CVSI, he was attacking Tesla.  There were a dozen companies he attacked at time.  CV Sciences was a company Banks invested in: CVSI.  It was a popular company, it seemed promising.  The company was tied into hemp.  They were going to legalize a portion of hemp products.  The Department of Agriculture were monitoring marijuana products.  Banks got in on CVSI at $4.20, it shot up to $7, then when Left got involved it dropped overnight.  Banks lost money in that investment.

Banks is not sure what happened to Namaste's corporate structure after Left got involved.

End 6:40 pm

DOJ-SPROD-0000045828