TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorney
Acting Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
LORINDA I. LARYEA
Chief, Fraud Section
MATTHEW REILLY
Acting Assistant Chief
Criminal Division, Fraud Section
      1200/1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-1259/2274
      E-mail:  alexander.schwab@usdoj.gov
               benedetto.balding@usdoj.gov
               andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00456-VAP |
|---|---|
| Plaintiff, | Parties' Proposed Glossary for the Jury |
| v. | |
| ANDREW LEFT, | Trial Date: May 11, 2026 |
| Defendant. | |

     The United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, the Chief of the Fraud Section of the Criminal Division of the U.S. Department of Justice, Assistant United States Attorneys Alexander B. Schwab, Benedetto Balding, and Andrew Roach and Acting Assistant Chief Matthew Reilly, hereby files the attached joint proposed glossary for the jury.

1

Dated: May 3, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant
United States Attorney

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division

_____/s/_____
BENEDETTO L. BALDING
ANDREW M. ROACH
MATTHEW REILLY

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2