**United States v. Andrew Left**

**Definitions for Jury**

**Bearish**
Having a negative view of a stock with the expectation that its price will fall.

**Borrow**
Securing the loan of shares from a broker before executing a short sale.  The shares must be bought back to on the open market to repay the broker.

**Borrow Cost**
Shorting a stock often requires a broker to borrow the shares. With this service comes a cost to the short seller called a borrow fee. The fees will range depending on supply, demand, and other factors.  Depending on a broker's inventory, stocks can be classified as "easy-to-borrow" or "hard-to-borrow."

**Broker**
A firm that executes buy and sell orders for securities on behalf of others.

**Bullish**
Having a positive view of a stock with the expectation that its price will rise.

**Call Option**
A contract giving the holder the right, but not the obligation, to buy a security at a set price within a specified time.

**Catalyst-Based Investing**
An investment strategy organized around identifiable events that are expected to influence a security's price.

**Cover (or Covering a Short)**
Closing out a short position by buying back securities and, in the case of shorting a stock, buying back shares to close a short position.

**Options' Delta**
A number between zero and one (or, for puts, between zero and negative one) that estimates how much an option's price is expected to change when the underlying stock price changes by one dollar. Delta is an estimate of price sensitivity, and its value changes over time with movements in the stock price, the passage of time, and changes in market volatility.

**Equity**
Ownership in a company, typically represented by shares of stock.

**Execution**
The completion of a buy or sell order.

**Hedge Fund**
Hedge funds pool investors' money and invest the money in an effort to make a positive return. Hedge funds typically have more flexible investment strategies than, for example, mutual funds. Many hedge funds seek to profit in all kinds of markets by using leverage (in other words, borrowing to increase investment exposure as well as risk), short-selling and other speculative investment practices that are not often used by mutual funds. The term "hedge" refers to an investment strategy designed to limit or offset potential losses in a stock position by taking an opposite or offsetting position in a related asset.

**Limit Order**
A limit order is an order to buy or sell an asset at a specific price or better. A buy limit order will be executed only at the limit price or lower. A sell limit order will be executed only at the limit price or higher.

**Liquidity**
The efficiency or ease with which an asset or security can be converted into ready cash without affecting its market price. A liquid market is one in which a security can be bought or sold quickly, in size, with minimal price impact.

**Long Position**
Owning a security that will increase in value if the security's price increases. An investor can also use options (including buying call options) to go long.

**Market Hours**
The times during which a financial market is open for trading.

**Market Order**
An instruction to buy or sell immediately at the best available price.

**Options Contract**
Options are financial contracts that give the holder the right to buy or sell a stock at a specific price for a certain period of time.

An option is "in the money" if the underlying stock price is better than the "strike price" of the option contract. An option is "out of the money" if the underlying stock price is worse than the "strike price" of the option contract.

**Position**
The size and direction of a trader's exposure to a security (long, short, or flat).

**Price**
The amount of money at which a security is bought or sold.

**Put Option**
A contract giving the holder the right, but not the obligation, to sell a security at a set price within a specified time.

**Retail Investor**
Retail investors (individual, non-professional investors) buy and sell securities like stocks, bonds, and ETFs for personal accounts, often using online brokerages.

**Short (or "short selling")**
Short selling is a trading strategy in which a trader aims to profit from a decline in a security's price by borrowing shares and selling them in the hopes that the stock price will eventually fall, enabling the trader to buy the shares back for less money. "Shorting" a stock can also be accomplished by purchasing put options or selling call options.

**Short Report**
Published research explaining why an analyst believes a security is overvalued, the stock price is trading higher than it should, that the issuer is misrepresenting its business, or other negative information about the underlying company.

**Short Squeeze**
A rapid upward price movement that is caused when short sellers are forced to buy shares to cover their short position, accelerating a rise in price due to the increased demand.

**Stop Loss Order**
A stop-loss order is an order to automatically sell a security when it reaches a specific price point.  Stop-loss orders are generally used by traders to limit potential losses.

**Volatility**
Volatility shows how much a security's returns fluctuate over time, indicating how dynamically stock prices change around their average. It is often calculated from the standard deviation or the variance between those returns. In most cases, the higher the volatility, the riskier the security. In the securities markets, volatility is often associated with large price swings, either up or down. An asset's implied volatility – the market's expectation of how much the stock will move around – is a key factor when pricing options contracts.

**Volume**
The number of shares or options contracts traded in a security during a given period.

**VWAP**
The average price at which a security trades over a period, weighted by volume. Often used to benchmark execution quality.