# EXHIBIT 1

Case 2:24-cr-00456-VAP    Document 341-1    Filed 05/05/26    Page 1 of 2   Page ID #:9619

FD-302 (Rev. 5-8-10)

- 1 of 1 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____05/05/2026_____

JOHN NOONAN (NOONAN), telephone number ████████████, email address ███████████████████████ was interviewed by Department of Justice Trial Attorney Matthew Reilly, Assistant United States Attorney (AUSA) Andrew Roach, AUSA Benedetto Balding and FBI Special Agent (SA) Emile Ohanyan. After being advised of the identities of the interviewers and the nature of the interview, NOONAN provided the following information:

[Agent note: Prior interviews with NOONAN were conducted on January 20, 2026, January 21, 2026, and April 21, 2026. This interview report contains only new information provided by NOONAN.]

NOONAN had conducted approximately 17 ROKU trades in January 2019. NOONAN purchased ROKU shares on the day of the CITRON RESEARCH (CITRON) Twitter post about ROKU. NOONAN purchased shares, sold shares, and purchased more shares prior to the Tweet. NOONAN sold shares after the CITRON Tweet which had caused a decline in ROKU's stock price. NOONAN suffered a loss of approximately $2,100 as a result of the decline in ROKU's stock price. NOONAN overall profited approximately $400 trading ROKU through February 2019.

NOONAN didn't expect anyone providing commentary on the stock market to disclose their positions. Trading in the short term around published Tweets was deceptive.

Investigation on __05/05/2026__ at __Los Angeles, California, United States (Phone)__

File # __318C-LA-6762283__                                    Date drafted __05/05/2026__

by __OHANYAN EMILE YERVAND__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-SPROD-0000046599