## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.    2:24-cr-00456-VAP-1                                    Date: May 7, 2026

Present: The Honorable:    Virginia A. Phillips, United States District Judge

Interpreter    N/A

| V.R. Vallery | Laura Elias | Benedetto Balding; Andrew Roach; Matthew Reilly (Zoom) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric Rosen | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Michael B. Homer (Zoom) | X | | X |
| | | | | Adam Fee | X | | X |
| | | | | Ben Nicholson | X | | X |

**Proceedings: FURTHER PRETRIAL CONFERENCE; ANDREW LEFT'S MOTION IN LIMINE TO EXCLUDE INADMISSIBLE TESTIMONY AND ARGUMENT [339]**

The hearing is held.  The Court and counsel confer regarding the statement of the case.  Defense waives the reading of the First Superseding Indictment to the jury.

Following discussions with counsel, Andrew Left's Motion in Limine to Exclude Inadmissible Testimony and Argument is taken under submission.  A written order will issue.

:58

Initials of Deputy Clerk    VRV