TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
LORINDA I. LARYEA
Chief, Fraud Section
MATTHEW REILLY
Acting Assistant Chief
Criminal Division, Fraud Section
         1200/1100 United States Courthouse
         312 North Spring Street
         Los Angeles, California 90012
         Telephone: (213) 894-2274/0306
         E-mail:   benedetto.balding@usdoj.gov
                   andrew.roach@usdoj.gov
                   matthew.reilly2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-456-VAP |
|---|---|
| Plaintiff, | GOVERNMENT WITNESS LIST |
| v. | Trial Date: May 11, 2026 |
| ANDREW LEFT, | |
| Defendant. | |

The United States of America, by and through its attorneys, undersigned counsel, hereby provides this trial witness list.  This list is based upon the government's current understanding of the witnesses it intends to call in its case-in-chief and the government reserves the right to supplement this list.

Dated: May 15, 2026                    Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First  Assistant  United  States
Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney
Chief, Criminal Division


/s_____
ANDREW ROACH
BENEDETTO L. BALDING
MATTHEW REILLY

Attorneys for Plaintiff
UNITED STATES OF AMERICA

United States v. Andrew Left

<u>Government's Anticipated Witness List</u>

1. Doug Anmuth

2. Dan Bachus

3. Billy Banks

4. Dr. Matthew Cain

5. Kurt Feshbach

6. Eliza Goldberg

7. Mike Gorenstein

8. Adam Gray

9. Anna Hallstrom

10. Martin Landry

11. Mike Leznik

12. John Noonan

13. Alex Scoufis

14. Ross Waller