**DYNAMIS LLP**
ERIC S. ROSEN (*pro hac vice*)
erosen@dynamisllp.com
MICHAEL B. HOMER (*pro hac vice*)
mhomer@dynamisllp.com
YUSEF AL-JARANI (Cal. Bar No. 351575)
yaljarani@dynamisllp.com
EMILY J. SCARISBRICK (*pro hac vice*)
escarisbrick@dynamisllp.com
175 Federal Street, Suite 1200
Boston, Massachusetts 02110
(617) 802-9157

AARON KATZ (*pro hac vice*)
akatz@aaronkatzlaw.com
399 Boylston Street, 6th Floor
Boston, MA 02116
(617) 915-6305

**WEIL, GOTSHAL & MANGES LLP**
ADAM FEE (Cal. Bar No. 345075)
adamfee@weil.com
1999 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
(213) 667-5100

*Attorneys for Defendant Andrew Left*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00456-VAP |
| v. | **DEFENSE WITNESS LIST** |
| ANDREW LEFT, | Trial Date: May 11, 2026 |
| Defendant. | |

Mr. Left, by and through his undersigned counsel, hereby provides this trial witness list. This list is based upon the defense's current understanding of the witnesses it intends to call in its case-in-chief and the defense reserves the right to supplement this list.

Dated: May 17, 2026

Respectfully submitted,

DYNAMIS LLP

*/s/ Eric S. Rosen*
Eric S. Rosen (*pro hac vice*)
Michael B. Homer (*pro hac vice*)
Yusef Al-Jarani
Emily J. Scarisbrick (*pro hac vice*)
Aaron Katz (*pro hac vice*)
Adam Fee

*Attorneys for Defendant Andrew Left*

<u>Defense Witness List</u>

1.  Andrew Left
2.  Andrew Verstein
3.  Craig Fisher
4.  Lilly Goldman
5.  Jack Martel
6.  Martin Dirks
7.  Riley Hiatt
8.  Tony Moore
9.  Kurt Feshbach