UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   2:24-cr-00456-VAP                                    Date: May 19, 2026

Present: The Honorable:   Virginia A. Phillips, United States District Judge

Interpreter        N/A

| V.R. Vallery | Not Present | Benedetto Balding; Andrew Roach; Matthew Reilly – Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Andrew Left | Not | | X | Eric Rosen | Not | | X |
| | | | | Emily J. Scarisbrick | Not | | X |
| | | | | Michael B. Homer | Not | | X |
| | | | | Yusef Al-Jarani | Not | | X |
| | | | | Adam M. Katz | Not | | X |
| | | | | Adam Fee | Not | | X |
| | | | | Ben Nicholson | Not | | X |

**Proceedings: (IN CHAMBERS) ORDER RE: WITNESS LISTS**

The Clerk's Office is ordered to remove the restricted access designation for the witness lists filed at Dkt. Nos. 367 and 371.

Initials of Deputy Clerk    VRV