TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
LORINDA I. LARYEA
Chief, Fraud Section
MATTHEW REILLY
Acting Assistant Chief
Criminal Division, Fraud Section
        1200/1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-1259/2274
        E-mail:  benedetto.balding@usdoj.gov
                 andrew.roach@usdoj.gov
                 matthew.reilly2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00456-VAP |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST FOR ADDITIONAL JURY INSTRUCTION |
| v. | Trial Date: May 11, 2026 |
| ANDREW LEFT, | |
| Defendant. | |

The United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, the Chief of the Fraud Section of the Criminal Division of the U.S. Department of Justice, Assistant United States Attorneys Benedetto L. Balding and Andrew M. Roach and Acting Assistant Chief Matthew Reilly, hereby files a proposed additional jury instruction.

This proposed instruction is based upon the attached authorities, the files and records in this case, and other evidence as the Court may permit.

Dated: May 24, 2026                    Respectfully submitted,

                                       TODD BLANCHE
                                       Acting Attorney General

                                       BILAL A. ESSAYLI
                                       First Assistant
                                       United States Attorney

                                       LORINDA I. LARYEA
                                       Chief, Fraud Section
                                       Criminal Division

                                          /s/
                                       BENEDETTO L. BALDING
                                       ANDREW M. ROACH
                                       MATTHEW REILLY

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

2

In light of the substantial testimony concerning Citron's disclaimers and interpretations of the disclaimers by two different lawyers called by the defense – one expert and one lay witness – including confusing and misleading testimony on the state of the law by Professor Andrew Verstein, the government proposes the below instruction on disclaimers.  Given the substantial risk the jury will be misled on the law given Professor Vertstein's testimony and the centrality of the sufficiency of the disclaimer in this case, the government requests that the Court include the proposed instruction in its jury charge.

**GOVERNMENT PROPOSED INSTRUCTION ON DISCLAIMERS**

A disclaimer that warns that an event "could" or "may" occur can be misleading when the speaker knows that the event disclaimed has already materialized.


**Authorities**

In re Alphabet, Inc. Securities Litigation, 1 F.4th 687, 702–05 (9th Cir. 2021) (holding that plaintiffs plausibly alleged that defendant's "warning in each Form 10-Q of risks that 'could' or 'may' occur [was] misleading to a reasonable investor when [the defendant company] knew that those risks had materialized");  In re Facebook, Inc. Sec. Litig., 87 F.4th 934, 948-49 (9th Cir. 2023) ("the problem is that Facebook represented the risk of

1

improper access to or disclosure of Facebook user data as purely hypothetical when that exact risk had already transpired"); Brody v. Transitional Hosps. Corp., 280 F.3d 997, 1006 (9th Cir. 2002) (the securities laws do not allow companies to "create an impression of a state of affairs that differs in a material way from the one that actually exists").