UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | David Obuchowicz | 2a. Contact Phone Number | 703-934-9843 | 3a. Contact E-mail Address | dobuchowicz@glpclaw.com |

| 1b. Attorney Name (if different) | | 2b. Attorney Phone Number | | 3b. Attorney E-mail Address | |
|---|---|---|---|---|---|

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Gombos Leyton, P.C.
11350 Random Hills Rd., Ste 400
Fairfax, VA 22030

5. Name & Role of Party Represented: Non Party

6. Case Name: United States v. Andrew Left

7a. District Court Case Number: 2:24-cr-00456-VAP

7b. Appeals Court Case Number: N/A

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Laura Elias

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal ☒ Non-Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*) | | | | b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (*Provide release date of efiled transcript, or check to certify none yet on file.*) | (*Check with court reporter before choosing any delivery time sooner than "Ordinary-30."*) |
| 5/20/2026 | Doc 378 | V. Phillips | Trial - Witness Testimony of Dan Bachus | ◉ | ○ | ○ | ○ | ○ | ○ | ◉ None on File | REAL TIME ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ▼ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

I would like to order the real-time (rough) transcript of Dan Bachus's testimony in the above-referenced trial. It is my understanding that he testified on May 20, 2026.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 5/26/2026

Signature: /s/ David A. Obuchowicz

G-120 (06/18)