UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | CR 24-00456-VAP | | | | | Date | May 28, 2026 | | |
|---|---|---|---|---|---|---|---|---|---|
| Present: The Honorable | | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE | | | | | | | |
| Interpreter | N/A | | | | | | | | |
| V.R. Vallery | | | Not Present | | | Matthew Reilly; Benedetto Balding; Andrew Roach Not Present | | | |
| *Deputy Clerk* | | | *Court Reporter* | | | *Assistant U.S. Attorney* | | | |

| U.S.A. v. Defendant(s) | Present | Custody | Bond | Attorneys for Defendant(s) | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left (Zoom) | Not | | X | Eric Rosen | Not | | X |
| | | | | Emily J. Scarisbrick | Not | | X |
| | | | | Michael Homer (Zoom) | Not | | X |
| | | | | Yusef Al-Jarani | Not | | X |
| | | | | Aaron M. Katz | Not | | X |
| | | | | Adam J. Fee | Not | | X |
| | | | | Benjamin Nicholson | Not | | X |

| Proceedings: | (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR A JUDGMENT OF ACQUITTAL UNDER F.R.CRIM.P. 29(a) [379] |
|---|---|

The Court has read and considered Defendant's Motion Under Rule 29, as well as the Government's Opposition thereto, and finding that the Government has produced sufficient evidence in its case in chief to support a guilty verdict by a reasonable trier of fact on all Counts remaining in the First Superseding Indictment, DENIES the Motion.