# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 24-00456 (A)-VAP | | Date | May 27, 2026 |
|---|---|---|---|---|

Present: The Honorable    Virginia A. Phillips, United States District Judge

Interpreter    N/A

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

_____ Day <u>COURT TRIAL</u>          <u>12th</u> Day <u>JURY TRIAL</u>          _____ Death Penalty Phase

_____ One day trial; _____ Begun (1st day); __X__ Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

__X__ Witnesses called, sworn and testified.

__X__ Exhibits identified          __X__ Exhibits admitted

_____ Government rests. _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Clerk reviewed admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

CR-78 (10/08)          CRIMINAL MINUTES - TRIAL          Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | Filed Witness & Exhibit lists | | Filed Jury notes | | Filed Jury Instructions | | Filed Jury Verdict |

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.    Remand/Release# ____ issd.    Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

**X** Case continued to    May 28, 2026 at 8:00 a.m.    for further trial/further jury deliberation.

____ Other:

|  | 5 | : | 33 |

Initials of Deputy Clerk    VRV