## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 24-00456 (A)-VAP | | Date | May 28, 2026 |
|---|---|---|---|---|

Present: The Honorable    Virginia A. Phillips, United States District Judge

Interpreter    N/A

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Emily J. Scarisbrick | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

____ Day <u>COURT TRIAL</u>    13th Day <u>JURY TRIAL</u>    ____ Death Penalty Phase

____ One day trial; ____ Begun (1st day);   X Held & continued; ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

X Witnesses called, sworn and testified.

X Exhibits identified    X Exhibits admitted

____ Government rests.    X Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

X Closing arguments made    X Court instructs jury    X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternate excused    X Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:      Jury Verdict as follows:

Dft # ____ Guilty on count(s) _____ Not Guilty on count(s) _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____ Jury polled                    _____ Polling waived

_____ Filed Witness & Exhibit lists    X  Filed Jury notes    X  Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X  Case continued to    May 29, 2026 at 8:30 a.m.    for further trial/further jury deliberation.

X  Other:    Defense counsel renews the motion for judgment of acquittal.

                                        4     :     25

Initials of Deputy Clerk         VRV