UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

**FILED**
CLERK, U.S. DISTRICT COURT

May 28, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

**JURY NOTE • NUMBER** __1__

Case No.    CR 24-00456-VAP

Title:    UNITED STATES OF AMERICA -v- ANDREW LEFT

===================================================================

☐    The Jury has reached a unanimous verdict.

☐    Other:   We are leaving at 3 p.m. today,
May 28, 2026.
We will resume May 29, 2026 at 8:30
a.m. if we don't conclude today.
Foreperson

Dated this __28th__ day of __May__ , 2026.

Time: __1__ : __52__ am/pm

Foreperson of the Jury

Court's Response: