# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| Case No. | CR 24-00456 (A)-VAP | | Date | May 29, 2026 |
|---|---|---|---|---|

Present: The Honorable    Virginia A. Phillips, United States District Judge

Interpreter    N/A

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Emily J. Scarisbrick | X | | X |
| | | | | Michael B. Homer | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Aaron M. Katz | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

_____ Day <u>COURT TRIAL</u>        <u>14th</u>  Day <u>JURY TRIAL</u>        _____ Death Penalty Phase

_____ One day trial;  _____ Begun (1st day);  <u>X</u>  Held & continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

_____ Witnesses called, sworn and testified.

_____ Exhibits identified        _____ Exhibits admitted

_____ Government rests.        _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    <u>X</u>  Bailiffs sworn

_____ Clerk reviewed admitted    exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternate excused    _____ Jury retires to deliberate    <u>X</u>  Jury resumes deliberations

_____ Finding by Court as follows:        Jury Verdict as follows:

Dft # _____  _____ Guilty on count(s) _____        _____ Not Guilty on count(s) _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

_____ Jury polled                    _____ Polling waived

_____ Filed Witness & Exhibit lists    __X__ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    Remand/Release# _____ issd.    Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

__X__ Case continued to    June 1, 2026 at 8:00 a.m.    for further trial/further jury deliberation.

_____ Other:

                                                    00    :    00

Initials of Deputy Clerk            VRV

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 2 of 2