# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 24-00456 (A)-VAP | Date | June 1, 2026 |
|---|---|---|---|

Present: The Honorable    Virginia A. Phillips, United States District Judge

Interpreter    N/A

| V.R. Vallery | Laura Elias | Matthew S. Reilly; Benedetto L. Balding; Andrew Roach |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Left | X | | X | Eric S. Rosen | X | | X |
| | | | | Yusef Al-Jarani | X | | X |
| | | | | Adam J. Fee | X | | X |
| | | | | Benjamin Nicholson | X | | X |

____ Day <u>COURT TRIAL</u>    <u>15th</u> Day <u>JURY TRIAL</u>    ____ Death Penalty Phase

____ One day trial;    ____ Begun (1st day);    ____ Held & continued;    X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

____ Witnesses called, sworn and testified.

____ Exhibits identified    ____ Exhibits admitted

____ Government rests.    ____ Defendant(s) ____ rest.

X Motion for mistrial by ____ Defendant ____ is ____ granted ____ denied X submitted

____ Motion for judgment of acquittal (FRCrP 29) ____ is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    X Bailiffs sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternate excused    ____ Jury retires to deliberate    X Jury resumes deliberations

____ Finding by Court as follows:    X Jury Verdict as follows:

Dft #    X Guilty on count(s) 1, 2, 4-9, 11, 14-17    X Not Guilty on count(s) 3, 10, 12, 13

X Jury polled    ____ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    ____ Filed Jury Instructions    X Filed Jury Verdict

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

X   Dft # _____   Referred to Probation Office for Investigation & Report and continued to   Aug. 31, 2026 at 10:00 a.m.   for sentencing.

___   Dft # _____   remanded to custody.   Remand/Release# _____   issd.   Dft # _____   released from custody.

___   Bond exonerated as to Dft # _____

___   Case continued to _____   for further trial/further jury deliberation.

X   Other:   In response to Jury Note No. 3, the testimony of Jack Martel is readback to the jury. The jury returned to the courtroom and announced it had reached a unanimous verdict.  The Court reviewed the verdict form and found the form contained an inadvertent, clerical error, i.e., inclusion of Count 18, previously dismissed by the Court on April 30, 2026. Dkt. No. 326. The jury was given a corrected verdict form and directed to return to the jury room for further deliberations.  The jury returned to the Courtroom and announced it had reached a unanimous verdict.  The Court reviewed the verdict form, found it in order, and directed the Courtroom Deputy Clerk to publish the verdict. The Courtroom Deputy Clerk polled the jury as a whole who confirmed the verdict.  At the request of Defense counsel, the Court polled each juror individually, and each juror confirmed the verdict as published.  The Court directed the Courtroom Deputy Clerk to enter the verdict into the record.

The defendant will remain on bond under the same terms and conditions as previously ordered.  The Court orders the parties to file their post-trial motions no later than July 27, 2026. The parties' oppositions shall be filed by August 3, 2026, with the replies to be filed not later than August 10, 2026. The post-trial motions are set for hearing on August 17, 2026, at 10:00 a.m. The courtroom location will be shared with the parties several days in advance of the hearing date.

                                        1   :   45

Initials of Deputy Clerk          VRV

CR-78 (10/08)                    **CRIMINAL MINUTES - TRIAL**                    Page 2 of 2