**F I L E D**
CLERK, U.S. DISTRICT COURT

June 1, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VRV _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-cr-00456-VAP |
| Plaintiff, | VERDICT |
| v. | |
| ANDREW LEFT, | |
| Defendant. | |

We, the jury in the above-entitled action, present the following unanimous verdict:

<u>COUNT ONE</u>

(Securities Fraud Scheme)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓     GUILTY

\_\_\_\_     NOT GUILTY

of Count One of the First Superseding Indictment.

(*Please proceed to next page*)

2

If you found the defendant guilty on Count One, indicate which security you unanimously found he executed the scheme in connection with (*you may select more than one*).  If you found the defendant not guilty on Count One, proceed to the next page.

☑ Cronos Group Inc. ("CRON")

☐ India Globalization Capital Inc. ("IGC")

☑ PolarityTE Inc. ("PTE")

☑ Tesla Inc. ("TSLA")

☑ Nvidia Corp. ("NVDA")

☑ Twitter Inc. ("TWTR")

☑ Facebook Inc. ("FB")

☑ Roku Inc. ("ROKU")

☐ Beyond Meat Inc. ("BYND")

☑ Invitae Corp. ("NVTA")

☐ General Electric Company ("GE")

☐ Luckin Coffee Inc. ("LK")

☑ Novavax Inc. ("NVAX")

☑ American Airlines Group Inc. ("AAL")

☑ Palantir Technologies Inc. ("PLTR")

☑ XL Fleet Corp. ("XL")

☑ Chegg, Inc ("CHGG")

☑ Fleetcor Technologies, Inc. ("FLT") n/k/a Corpay

☑ Grand Canyon Education, Inc. ("LOPE")

☐ McKesson Corporation ("MCK")

(Please proceed to next count)

3

COUNT TWO

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (check one):

 GUILTY

_____   NOT GUILTY

of securities fraud executed in connection with Cronos Group Inc. ("CRON") on or about August 30, 2018 as alleged in of Count Two of the First Superseding Indictment.

(Please proceed to next count)

4

COUNT THREE

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

_____  GUILTY

✓  NOT GUILTY

of securities fraud executed in connection with Namaste Technologies Inc. ("NXTTF") on or about October 4, 2018 as alleged in of Count Three of the First Superseding Indictment.

(Please proceed to next count)

5

## COUNT FOUR

### (Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓    GUILTY

___    NOT GUILTY

of securities fraud executed in connection with PolarityTE Inc. ("PTE") on or about October 18, 2018 as alleged in of Count Four of the First Superseding Indictment.

(Please proceed to next count)

6

<u>COUNT FIVE</u>

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓     GUILTY

_____     NOT GUILTY

of securities fraud executed in connection with Tesla Inc. ("TSLA") on or about October 23, 2018 as alleged in of Count Five of the First Superseding Indictment.

(Please proceed to next count)

7

COUNT SIX

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓ GUILTY

___ NOT GUILTY

of securities fraud executed in connection with Nvidia Corp. ("NVDA") on or about November 20, 2018 as alleged in of Count Six of the First Superseding Indictment.

(Please proceed to next count)

8

<u>COUNT SEVEN</u>

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓ GUILTY

___ NOT GUILTY

of securities fraud executed in connection with Twitter Inc. ("TWTR") on or about December 20, 2018 as alleged in of Count Seven of the First Superseding Indictment.

(Please proceed to next count)

9

<u>COUNT EIGHT</u>

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓    GUILTY

___    NOT GUILTY

of securities fraud executed in connection with Facebook Inc. ("FB") on or about December 26, 2018 as alleged in of Count Eight of the First Superseding Indictment.

(Please proceed to next count)

10

COUNT NINE

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓ GUILTY

___ NOT GUILTY

of securities fraud executed in connection with Roku Inc. ("ROKU") on or about January 8, 2019 as alleged in of Count Nine of the First Superseding Indictment.

(Please proceed to next count)

11

<u>COUNT TEN</u>

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

_____ GUILTY

 NOT GUILTY

of securities fraud executed in connection with Beyond Meat Inc. ("BYND") on or about May 17, 2019 as alleged in of Count Ten of the First Superseding Indictment.

(Please proceed to next count)

12

COUNT ELEVEN

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓ GUILTY

___ NOT GUILTY

of securities fraud executed in connection with Invitae Corp. ("NVTA") on or about July 31, 2019 as alleged in of Count Eleven of the First Superseding Indictment.

(Please proceed to next count)

13

<u>COUNT TWELVE</u>

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

_____ GUILTY

✓ NOT GUILTY

of securities fraud executed in connection with General Electric Company ("GE") on or about August 16, 2019 as alleged in of Count Twelve of the First Superseding Indictment.

(Please proceed to next count)

14

COUNT THIRTEEN

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

       \_\_\_\_  GUILTY

       ✓  NOT GUILTY

of securities fraud executed in connection with Luckin Coffee Inc. ("LK") on or about January 31, 2020 as alleged in of Count Thirteen of the First Superseding Indictment.

(Please proceed to next count)

15

<u>COUNT FOURTEEN</u>

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

 GUILTY

_____ NOT GUILTY

of securities fraud executed in connection with Novavax Inc. ("NVAX") on or about April 20, 2020 as alleged in of Count Fourteen of the First Superseding Indictment.

(Please proceed to next count)

16

COUNT FIFTEEN

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

✓    GUILTY

_____    NOT GUILTY

of securities fraud executed in connection with American Airlines Group Inc. ("AAL") on or about June 5, 2020 as alleged in of Count Fifteen of the First Superseding Indictment.

(Please proceed to next count)

17

COUNT SIXTEEN

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

   GUILTY

_____   NOT GUILTY

of securities fraud executed in connection with Palantir Technologies Inc. ("PLTR") on or about November 27, 2020 as alleged in of Count Sixteen of the First Superseding Indictment.

(Please proceed to next count)

18

COUNT SEVENTEEN

(Securities Fraud)

We, the jury, unanimously find the defendant, Andrew Left (*check one*):

   GUILTY

____   NOT GUILTY

of securities fraud executed in connection with XL Fleet Corp. ("XL") on or about December 23, 2020 as alleged in of Count Seventeen of the First Superseding Indictment.

19

*(Please sign and date this form and return it to the Court)*

Dated: 6/1/2026


█████████████████████

FOREPERSON OF THE JURY

20