UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW LEFT,<br><br>Defendant. | No. 2:24-CR-000456-VAP<br><br>ORDER GRANTING STIPULATION TO MODIFY POST-TRIAL BRIEFING SCHEDULE [DKT. NO. 430]<br><br>**MOTIONS HEARING:** November 17, 2026<br><br>**SENTENCING DATE:** December 1, 2026 |

On July 17, 2026, the Parties filed the Stipulation to Modify Post-Trial Briefing Schedule ("Stipulation"). (Dkt. No. 430). The Court, having considered the Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The briefing schedule for Defendant's post-trial motions under Federal Rules of Criminal Procedure 29 and 33 shall be as follows:

   a. Defendant's post-trial motions shall be filed by October 6, 2026;

   b. The Government's oppositions shall be filed by October 27, 2026; and

   c. Defendant's replies shall be filed by November 3, 2026.

2. The briefing schedule for the determination of loss shall be as follows:

   a. The Government's opening brief on loss shall be filed by October 6, 2026;

   b. Defendant's responsive brief on loss shall be filed by October 27, 2026; and

   c. The Government's reply brief on loss shall be filed by November 3, 2026.

3. In accordance with the Court's Order at ECF No. 428, all other dates and deadlines remain in effect, specifically:

a. The hearing on the Parties' post-trial motions, including the Rule 29 motion and Rule 33 motion, and the determination of loss amount shall occur on November 17, 2026 at 10:00 a.m.;

b. The Parties' respective positions on sentencing shall be filed on or before November 10, 2026;

c. The Parties' respective responses to the positions on sentencing shall be filed on or before November 24, 2026; and

d. The Sentencing Hearing shall occur on December 1, 2026 at 10:00 a.m.

IT IS SO ORDERED.

July 21, 2026
DATE

Virginia A. Phillips
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE